In the Matter of the Claim of ROBERT K. STORY, JR., Appellant. REED, ROBERTS ASSOCIATES, INC., Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Herlihy, J.